IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02203-CMA-NRN

ERICA REINERS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PARAGON FITNESS, LLC d/b/a PARAGON FITWEAR, LLC, a Michigan limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Motion for Extension of Time to Respond to Complaint (Dkt. #10) is GRANTED. Defendant shall answer or otherwise respond to Plaintiff's Complaint (Dkt. #1) on or before October 20, 2020.

Date: August 26, 2020