IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02203-CMA

**ERICA REINERS**, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

**PARAGON FITNESS, LLC d/b/a PARAGON FITWEAR, LLC**, a Michigan limited liability company,

       Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Erica Reiners ("Reiners" or "Plaintiff") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within thirty (30) days.

       Respectfully submitted,

       **ERICA REINERS**, individually and on behalf of a Class of similarly situated individuals

Dated: October 20, 2020            By: */s/ Taylor T. Smith*
                                   One of Plaintiff's Attorneys

                                   Steven L. Woodrow
                                   swoodrow@woodrowpeluso.com
                                   Patrick H. Peluso
                                   ppeluso@woodrowpeluso.com
                                   Taylor T. Smith
                                   tsmith@woodrowpeluso.com
                                   Stephen A. Klein
                                   sklein@woodrowpeluso.com
                                   Woodrow & Peluso, LLC
                                   3900 E. Mexico Avenue, Suite 300
                                   Denver, Colorado 80210
                                   Tel: 720-213-0675
                                   Fax: 303-927-0809

                                   *Attorneys for Plaintiff and the Class*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 20, 2020.

                 */s/ Taylor T. Smith*