**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02203-CMA

**ERICA REINERS**, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

**PARAGON FITNESS, LLC d/b/a PARAGON FITWEAR, LLC**, a Michigan limited liability company,

        Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PARAGON FITNESS, LLC
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        **PLEASE TAKE NOTICE** that Plaintiff Erica Reiners ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims asserted against Paragon Fitness, LLC ("Defendant") in this action as to herself in her individual capacity with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the claims against Defendant may be dismissed with prejudice without an Order of the Court.

        Respectfully submitted,

        **ERICA REINERS**, individually and on behalf of a Class of similarly situated individuals

Dated: November 19, 2020        By: */s/ Taylor T. Smith*
        One of Plaintiff's Attorneys

        Steven L. Woodrow

1

swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Taylor T. Smith
tsmith@woodrowpeluso.com
Stephen A. Klein
sklein@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled

document was served upon counsel of record by filing such papers via the Court's ECF system

on November 19, 2020.

_/s/ Taylor T. Smith_